File Date: January 17, 2023
Case Number: 23-CR-0024
Judge: Carol Bagley Amon
Magistrate Judge: Cheryl L. Pollak

AB: KCM
F. #2022R00307

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

SHAKEEM RANKIN,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. _____
(T. 18, U.S.C., §§ 2252(a)(2),
2252(a)(4)(B), 2252(b)(1), 2252(b)(2),
2253(a), 2253(b) and 3551 et seq.;
T. 21, U.S.C., § 853(p))

THE GRAND JURY CHARGES:

COUNT ONE
(Receipt of Child Pornography)

1.     On or about and between April 9, 2021 and April 25, 2021, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant SHAKEEM RANKIN did knowingly and intentionally receive one or more visual depictions using one or more means and facilities of interstate and foreign commerce, to wit: the internet, that had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed and so shipped and transported, by any means including by computer, to wit: an Apple iPhone X cellular telephone with serial number DNQVN3GLJCLF and an Apple iPhone 12 with serial number DNPG86DH0D83, the production of such visual depictions having involved the use

Case 1:23-cr-00024-MKB   Document 1   Filed 01/17/23   Page 2 of 6 PageID #: 2

2

of one or more minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

(Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1) and 3551 et seq.)

## COUNT TWO
(Possession of Child Pornography)

2. On or about and between April 9, 2021 and March 16, 2022, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant SHAKEEM RANKIN did knowingly and intentionally possess matter which contained one or more visual depictions, to wit: digital images and videos stored on an Apple iPhone X cellular telephone with serial number DNQVN3GLJCLF and an Apple iPhone 12 with serial number DNPG86DH0D83, that had been mailed, and had been shipped and transported using one or more means and facilities of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which were produced using materials which had been mailed and so shipped and transported, by any means including by computer, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions were of such conduct, and one or more of such visual depictions involved one or more prepubescent minors and one or more minors who had not attained 12 years of age.

(Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2) and 3551 et seq.)

## COUNT THREE
(Distribution of Child Pornography)

3. On or about October 10, 2021, within the Eastern District of New York and elsewhere, the defendant SHAKEEM RANKIN did knowingly and intentionally distribute one or more visual depictions using one or more means and facilities of interstate and foreign commerce, which visual depictions had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed and so shipped and transported, by any means including by computer, to wit: an Apple iPhone X cellular telephone with serial number DNQVN3GLJCLF and an Apple iPhone 12 with serial number DNPG86DH0D83, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

(Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

4. The United States hereby gives notice to the defendant that, upon his conviction of any of the offenses charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2253(a), which requires the forfeiture of: (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B or 2260 of Title 18 of the United States Code, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of such sections; (b) any property, real or personal, constituting, or traceable to, gross profits or other proceeds obtained from such offenses; and

4

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property, including but not limited to: (i) one Apple iPhone X cellular telephone with serial number DNQVN3GLJCLF, and (ii) one Apple iPhone 12 with serial number DNPG86DH0D83, both of which were seized from the defendant on or about March 16, 2022, in Brooklyn, New York.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any

other property of the defendant up to the value of the forfeitable property described in the forfeiture allegation.

(Title 18, United States Code, Sections 2253(a) and 2253(b); Title 21, United States Code, Section 853(p))

A TRUE BILL

*Mary Beth Gleichman*
/FOREPERSON

*By Carolyn Pokorny, Assistant U.S. Attorney*
―――――――――――――――――
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2022R00307

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

SHAKEEM RANKIN,

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 2252(a)(2), 2252(a)(4)(B), 2252(b)(1), 2252(b)(2), 2253(a), 2253(b) and 3551 et seq.; T. 21, U.S.C., § 853(p))

*A true bill.*

*Mary Beth Glickman*
_____
Foreperson

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 \_\_\_\_\_

_____
Clerk

*Bail, $* _____

*Kaitlin C. McTague, Assistant U.S. Attorney (718) 254-6280*